# Court of Appeals
# of the State of Georgia

ATLANTA, September 11, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0089. BARRY WRIGHT v. THE STATE.**

A jury found Barry Keith Wright guilty of aggravated sexual battery, attempted rape, and sexual battery, and we affirmed his convictions on appeal. See *Wright v. State*, 279 Ga. App. 155 (630 SE2d 656) (2006). Wright subsequently filed an extraordinary motion for new trial, which the trial court denied on July 1, 2014. Wright then filed this direct appeal. However, an order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). We thus lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/11/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*